AUGUST L. LETO, Respondent, *v.* WILLIAM R. SMITH, Appellant.

CELESTINE LETO, Respondent, *v.* WILLIAM R. SMITH, Appellant.

APPEAL by the defendant from a judgment of the Municipal Court, eighth district, borough of Manhattan, rendered in favor of the plaintiff in each action.

James R. Bowen, for appellant.

Charles F. Bliss, for respondents.

*Per Curiam.* The record failing to show that the defendant resides within the jurisdiction of the Municipal Court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MacLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs in each case to appellant to abide event.